UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CHARLES LEE GALLOW** | **CIVIL ACTION NO. 15-2493** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CALDWELL CORR. CENT., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff (which still failed to contain the necessary facts), and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights complaint be **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

**MONROE, LOUISIANA, this 7th day of March, 2016.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE